**No. 63267.**—E. Leitz, Inc. v. United States, protest 59/11522 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of photographic lenses similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.

**No. 63268.**—Mego Corp. v. United States, protests 58/24309(A), 58/23952(B), and 58/23952(C) (New York).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that item No. 200, described as "Toy Rubber Pool 33″ in diameter," are not toys and that they are manufactured wholly or in chief value of india rubber, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 20, 1959

**No. 63269.**—Wm. Adams, Inc., et al. v. United States, protests 152074–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, the claim of the plaintiffs was sustained.